UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| JOSE MIGUEL VASQUEZ, | : |
| Plaintiff, | : ORDER |
| -against- | : 03 Civ. 3905 (RJH)(KNF) |
| TIM CAREY, ET AL., | : |
| Defendants. | : |

------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that: (1) the Warden or other official in charge of the Federal Bureau of Prisons, FCI Allenwood, provide inmate Jose Miguel Vasquez, Fed. Reg. No. 52494-054, a private room, with telephone service, so that he may participate in a telephonic conference call with the Court and counsel to the defendants on May 5, 2009, at 10:30 a.m.; (2) plaintiff Jose Miguel Vasquez shall appear in a private room, designated by the Warden or other official in charge of FCI Allenwood, to participate in said telephonic conference; and (3) Assistant United States Attorney, Joseph A. Pantoja, is directed to serve a copy of this Order on the Warden or other official in charge of FCI Allenwood expeditiously.

Dated: New York, New York
April 2, 2009

Mailed copies to:

Jose Miguel Vasquez
Joseph A. Pantoja, Esq.

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE